**No. 10-10013. Charles Brandon Parks, Petitioner v. Randall Lowe, et al.**

564 U.S. 1023, 131 S. Ct. 3028, 180 L. Ed. 2d 852, 2011 U.S. LEXIS 4642,

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 643.